UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM PAEZ-PRADO,<br><br>Plaintiff,<br><br>v.<br><br>DOLLEX DOLLAR EXPRESS, INC.,<br><br>Defendant. | Case No. 5:13-cv-04074 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On October 11, 2013, defendant filed a motion to dismiss the complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than October 18, 2013, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. See 28 U.S.C. § 636; Civ. L.R. 73-1.

**SO ORDERED**.

Dated: October 22, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:13-cv-04074-HRL Notice has been electronically mailed to:

2   Ann Anh Phuong Nguyen     aan@robinsonwood.com, rmf@robinsonwood.com

3   Robert David Baker     attyatlaw@earthlink.net