UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM PAEZ-PRADO,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLEX DOLLAR EXPRESS, INC.,<br><br>    Defendant. | Case No. 5:13-cv-04074 HRL<br><br>**ORDER RESCINDING REASSIGNMENT ORDER** |

After this court issued an order to have this case reassigned to a district judge, plaintiff filed his consent to proceed before a magistrate judge. All parties in this matter having consented to the undersigned's jurisdiction, the court rescinds the prior reassignment order. Defendant's motion to dismiss (Dkt. No. 4) will be restored to the court's November 19, 2013, 10:00 a.m. civil law and motion calendar.

**SO ORDERED**.

Dated:   October 23, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-04074-HRL Notice has been electronically mailed to:

Ann Anh Phuong Nguyen     aan@robinsonwood.com, rmf@robinsonwood.com

Robert David Baker     attyatlaw@earthlink.net