UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM PAEZ-PRADO,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLEX DOLLAR EXPRESS, INC.,<br><br>    Defendant. | Case No. 5:13-cv-04074 HRL<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S COUNSEL SHOULD NOT BE SANCTIONED** |

The court held an initial case management conference on December 17, 2013. Defendant appeared. Plaintiff did not. Accordingly, plaintiff's counsel, Robert David Baker, shall appear in person before this court on **January 7, 2014, 10:00 a.m.**, Courtroom 2, United States District Court, 280 South First Street, San Jose, California, and show cause why he should not be sanctioned for failure to appear. See Civ. L.R. 16-10(a).

**SO ORDERED**.

Dated: December 17, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-04074-HRL Notice has been electronically mailed to:

Ann Anh Phuong Nguyen     aan@robinsonwood.com, rmf@robinsonwood.com

Bonnie Margaret Ross     bmr@robinsonwood.com, aan@robinsonwood.com, amk@robinsonwood.com, rmf@robinsonwood.com

Robert David Baker     attyatlaw@earthlink.net